UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

BRENDON MORGAN CARTER,

    Petitioner,

v.                                      Case No.  3:18cv2177-LC-CJK

SECRETARY, FLORIDA DEPARTMENT
OF CORRECTIONS, et al.,

    Respondents.
_____/

## ORDER

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated October 22, 2018.  (Doc. 2).  Petitioner was furnished a copy of the Report and Recommendation and was afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of the timely filed objections.

Having considered the Report and Recommendation and the objections thereto, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is ORDERED:

1. The Magistrate Judge's Report and Recommendation (doc. 2) is adopted and incorporated by reference in this order.

2. This case is DISMISSED for lack of jurisdiction.

3. The clerk is directed to close the file and to send petitioner the habeas petition form for use by prisoners seeking relief under 28 U.S.C. § 2254.

**ORDERED** on this 8th day of November, 2018.

    *s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**